# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW JERSEY

RAMADA WORLDWIDE INC., Delaware

Corporation,

      Plaintiff,

v.

                                        CASE NUMBER: 2:14cv2845-KM-SCM

GSD HOSPITALITY GROUP, LLC, a

Florida Limited Liability Company;

GUNWANT DHALIWAL, an individual; and

TEJINDER DHALIWAL, an individual,

      Defendants

## WITHDRAWAL OF MOTION FOR DEFAULT JUDGMENT

Defendants GUNWANT DHALIWAL and TEJINDER DHALIWAL, individually hereby state:

At the hearing on November 24th, 2014, Attorney for Ramada Worldwide Inc. provided copy of the answers to Defendant's Counter Claim via Email.

**WHEREFORE,** Defendants GUNWANT DHALIWAL and TEJINDER DHALIWAL request withdrawal of motion for Default Judgment against Ramada Worldwide Inc.

Respectfully submitted by mail on 1st December, 2014

SO ORDERED

s/Steven C. Mannion

Steven C. Mannion, U.S.M.J.

Date: 12/18/14

## <u>Certificate of Service</u>

This is to certify that we have served the foregoing upon the Counsel for Plaintiff, <u>Mr. Bryan P.</u>
<u>Couch, Esq. LECLAIRRYAN  One Riverfront Plaza, 1037 Raymond Blvd, Sixteenth Floor,</u>
<u>Newark, NJ 07102</u> by email to <u>Bathiya.Sheriffdeen@leclairryan.com</u> and
<u>Justin.Vogel@leclairryan.com</u>.

_____
GUNWANT DHALIWAL, individually

_____
TEJINDER DHALIWAL, individually

6329 State Road 54
New Port Richey, FL 34653